Order issued September $24$ , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00318-CV

**RAYMOND F. HERRMANN, ET AL., Appellants**

**V.**

**GOFF CUSTOM HOMES, LLP, Appellee**

## ORDER

We **GRANT** appellants' September 19, 2012 unopposed motion for an extension of time to file a reply brief. Appellants shall file their reply brief on or before October 4, 2012.

CAROLYN WRIGHT
CHIEF JUSTICE